| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. *(See instructions on reverse.) (Number, street, city, State and Zip Code)* |
|---|---|

| 3. TYPE OF EMPLOYMENT  ☐ MILITARY  ☐ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME *(A.M. or P.M.)* |
|---|---|---|---|---|

**8. Basis of Claim** *(State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)*

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2015 JAN 13 AM 9:50
BY
DEPUTY CLERK
CLERK

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT *(Number, street, city, State, and Zip Code)*

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. *(See instructions on reverse side.)*

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.
the state medical board aloud dr robert schwarts to walk in me and have furosemide evern though i had elgeric reaction  2005  chester family medicicence state medical board vermont needs to be section

| 11. | WITNESSES | |
|---|---|---|
| **NAME** | **ADDRESS** *(Number, street, city, State, and Zip Code)* | |
| | | |

| 12. *(See instructions on reverse)* | AMOUNT OF CLAIM *(In dollars)* | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL *(Failure to specify may cause forfeiture of your rights.)* |
| | 6 6oo millon | | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT *(See instructions on reverse side.)* | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| Christine Porter | 802-481 0004 | 12/04/14 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. *(See 31 U.S.C. 3729.)* | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. *(See 18 U.S.C. 287, 1001.)* |

95-109
*Previous editions not usable.*

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85) (EG)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

Christine Porter Complaint

I m. Filing A Complaint
Iam n. Fedral Regarding
Medications
and Dr Scharts water Save me
Furosemid PLUS. the Dr.
Was aloud to walk on
me, with Pants Draped,
over me, so I Request
The Judge Sanction State
Medical Board.

Complaint

Furosemid Is Condiend
Profenional Mis Conduct
They Kiss Him Let Ham go

Home    Mail    News    Sports    Finance    Weather    Games    Groups    Answers    Screen       Flickr    Mobile  | More

product furosemide                    [ Search ]                    christine        Mail

**Web**

Images

Video

News

Local

Answers

Shopping

More

**Anytime**

Past day

Past week

Past month

Furosemide - FDA prescribing information, side effects and uses
www.drugs.com › Professionals › FDA PI
**Furosemide official prescribing information for healthcare professionals. Includes:
indications, dosage, adverse reactions, pharmacology and more.**

PRODUCT INFORMATION - LASIX®
products.sanofi.com.au/aus_pi_lasix.pdf
**Lasix PI CCDSv7 PN16 9Sep13 1 PRODUCT INFORMATION LASIX® NAME OF THE
MEDICINE Non-proprietary Name Frusemide Chemical Structure CAS Number 54-31-9**

Furosemide | Sigma-Aldrich
www.sigmaaldrich.com/catalog/product/sigma/f4381   Cached
**Sigma-Aldrich offers Sigma-F4381, Furosemide for your research needs. Find product
specific information including CAS, MSDS, protocols and references.**

Furosemide Tablets For Dogs | Pet 360
www.pet360.com › Pet360.com
**Buy Furosemide Tablets For Dogs for only $0.07 at Pet 360, Pet 360. Use Furosemide as
a generic alternative to Lasix or Salix. This medication can help to relieve ...**

MATERIAL SAFETY DATA SHEET Product Name: Furosemide
Injection ...
bdipharma.com/MSDS/Hospira/furosemide_msds_101812.pdf
**Product Name: Furosemide Injection 2 disturbances. Hypovolemia and dehydration may
occur, especially in the elderly. Furosemide may cause hyperuricemia and ...**

WARNING LASIX (furosemide) is a potent diuretic which, if ...
products.sanofi.us/lasix/lasix.pdf
**1 LASIX® (furosemide) Tablets 20, 40, and 80 mg WARNING LASIX® (furosemide) is a
potent diuretic which, if given in excessive amounts, can lead to a**

Lasix (furosemide) tablets - Food and Drug Administration
www.fda.gov › Safety Information
Apr 12, 2012 · **Lasix (furosemide) tablets. Detailed View: Safety Labeling Changes
Approved By FDA Center for Drug Evaluation and Research (CDER) March 2012.
Summary View**

Furosemide Injection - FDA prescribing information, side ...
www.drugs.com › Professionals › FDA PI
**Furosemide Injection official prescribing information for healthcare professionals. Includes:
indications, dosage, adverse reactions, pharmacology and more.**

Generic Furosemide | Buy Lasix at Generic Pharmacy 1.866.995.7387
www.blueskydrugs.com/Product/Lasix   Cached
**Buy Lasix, Generic Furosemide and Canada prescription drugs from our generic pharmacy
Blue Sky. Buy Lasix online or toll-free: 1.866.995.7387**

Furosemide (F4381) - Product Information Sheet
www.sigmaaldrich.com/content/dam/sigma-aldrich/docs/...
**Furosemide Product Number F 4381 Store at Room Temperature Product Description
Molecular Formula: C12H11ClN2O5S Molecular Weight: 330.7 CAS Number: 54-31-9**

1    2    3    4    5    Next                           1,980,000 results

product furosemide                    [ Search ]

Yahoo    Help    Suggestions    Privacy    Terms    Advertise    Submit Your Site    Powered by Bing™

Ads

**Furosemide** | Lifescript.com
Lifescript.com/Health
Find Facts, Symptoms & Treatments.
Furosemide Help.

**Furosemide** Price
www.GoodRx.com/Furosemide
Get Your Instant Free Coupon Now.
Save up to 80% on Prescriptions.

Enter Search Terms

**Search**

Justia › Dockets & Filings › Seventh Circuit › Wisconsin ›
Wisconsin Western District Court › Porter, Christine v. Goodsett, James et al

**NEW** - Receive Justia's FREE Daily Newsletters of Opinion Summaries for the US
Supreme Court, all US Federal Appellate Courts & the 50 US State Supreme Courts and
Weekly Practice Area Opinion Summaries Newsletters. **Subscribe Now**

# Porter, Christine v. Goodsett, James et al

|  |  |
|---|---|
| **Defendant:** | James Goodsett, Paul Hicks, Philip Kurley, Gupta Pankha, Rod Peterson, Rowe, James Sehloff and L. Williams |
| **Plaintiff:** | Christine Porter |
| **Case Number:** | 3:2011cv00823 |
| **Filed:** | December 9, 2011 |
| **Court:** | Wisconsin Western District Court |
| **Office:** | Madison Office |
| **County:** | Dane |
| **Presiding Judge:** | Barbara B. Crabb |
| **Referring Judge:** | Stephen L. Crocker |
| **Nature of Suit:** | Personal Injury- Medical Malpractice |
| **Cause of Action:** | 28:1332 |
| **Jury Demanded By:** | None |

## Available Case Documents                    📶 Follow case documents by RSS

The following documents for this case are available for you to view or download:

| Date Filed | # | Document Text |
|---|---|---|
| December 14, 2011 | 4 | 🔑 ORDER on ifp request: Complaint taken under advisement for screening. Signed by Magistrate Judge Stephen L. Crocker on 12/13/2011. (jef),(ps) |
| February 1, 2012 | 6 | 🔑 ORDER dismissing this case without prejudice to plaintiff's refiling her claims in state court. Signed by District Judge Barbara B. Crabb on 3/31/2012. (jef),(ps) |

## Access additional case information on PACER

Use the links below to access additional information about this case on the US Court's PACER system. A subscription to PACER is required.

Access this case on the Wisconsin Western District Court's Electronic Court Filings (ECF) System

- Search for Party Aliases
- Associated Cases
- Attorneys
- Case File Location
- Case Summary
- Docket Report
- History/Documents
- Parties
- Related Transactions
- Check Status

**Search for this case: Porter, Christine v. Goodsett, James et al**

| | |
|---|---|
| Search Blogs | [ Justia BlawgSearch | Google Blogsearch ] |
| Search News | [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ] |
| Search Web | [ Legal Web | Google | Bing | Yahoo | Ask ] |

### Defendant: James Goodsett

| | |
|---|---|
| Search Blogs | [ Justia BlawgSearch | Google Blogsearch ] |
| Search News | [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ] |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar Filings ] |
| Search Web | [ Legal Web | Google | Bing | Yahoo | Ask ] |

### Defendant: Paul Hicks

| | |
|---|---|
| Search Blogs | [ Justia BlawgSearch | Google Blogsearch ] |
| Search News | [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ] |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar Filings ] |
| Search Web | [ Legal Web | Google | Bing | Yahoo | Ask ] |

### Defendant: Philip Kurley

| | |
|---|---|
| Search Blogs | [ Justia BlawgSearch | Google Blogsearch ] |
| Search News | [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ] |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar Filings ] |
| Search Web | [ Legal Web | Google | Bing | Yahoo | Ask ] |

### Defendant: Gupta Pankha

| | |
|---|---|
| Search Blogs | [ Justia BlawgSearch | Google Blogsearch ] |
| Search News | [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ] |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar Filings ] |
| Search Web | [ Legal Web | Google | Bing | Yahoo | Ask ] |

### Defendant: Rod Peterson

| | |
|---|---|
| Search Blogs | [ Justia BlawgSearch | Google Blogsearch ] |
| Search News | [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ] |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar Filings ] |
| Search Web | [ Legal Web | Google | Bing | Yahoo | Ask ] |

### Defendant: Rowe

| | |
|---|---|
| Search Blogs | [ Justia BlawgSearch | Google Blogsearch ] |
| Search News | [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ] |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar Filings ] |

| Search Web | [ Legal Web | Google | Bing | Yahoo | Ask ] |
|---|---|

**Defendant: James Sehloff**

| Search Blogs | [ Justia BlawgSearch | Google Blogsearch ] |
|---|---|
| Search News | [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ] |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar Filings ] |
| Search Web | [ Legal Web | Google | Bing | Yahoo | Ask ] |

**Defendant: L. Williams**

| Search Blogs | [ Justia BlawgSearch | Google Blogsearch ] |
|---|---|
| Search News | [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ] |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar Filings ] |
| Search Web | [ Legal Web | Google | Bing | Yahoo | Ask ] |

**Plaintiff: Christine Porter**

| Search Blogs | [ Justia BlawgSearch | Google Blogsearch ] |
|---|---|
| Search News | [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ] |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar Filings ] |
| Search Web | [ Legal Web | Google | Bing | Yahoo | Ask ] |

## ASK A LAWYER

### Question:

Please Ask Your Question Here. e.g., Do I need a Bankruptcy Lawyer?

Add details                                                         120

**Ask Question**

## CONNECT WITH JUSTIA



WISconsid not Belaue
This Belong IN Federal
Court I could Not Down
Load Because Securty
Isue, This goes with the
Box of Paper I an Sending
This Disk. Christine Porter
– U–S The FBI

I Will Ask For A Ret Urn
Relite.
SO Ian asking For Then
to Be Saction. Wisc Fedural.
This The Proof That Disi Belong
IN Federal.

Home    Mail    Search    News    Sports    Finance    Weather    Games    Answers    Screen    Flickr    Upgrade to the new Firefox »

| products class action action belong in federal lamsial | Search |

Sign In    Mail

**Web**
Images
Video
News
Local
Answers
Shopping
More

**Anytime**
Past day
Past week
Past month

**Lamisil** for nail fungus, side effects &amp; lawsuit case reveiw
www.resource4thepeople.com/defectivedrugs/lamisil.html   Cached
**Lamisil** nail fungus side effects lawsuit lawyer Lamisil. ... Recall Class Action Lawyer. ...
Defective Products. Aqua Dots; Auto Products;

**Class Action** - Classaction.com - Join Lawsuits - Free Evaluation
www.classaction.com   Cached
How **Class Action** Lawsuits Work. Every day, consumers suffer harm at the hands of large
companies and corporations. ... This is why class actions were started.

**Class Action** Litigation | **Federal Class Action** Practice ...
classactionlitigation.com/fcapmanual/chapter2.html   Cached
... Mandatory Prerequisites for Class Certification in The **Federal Class Action** ... of the
class to which they belong and which ... II Product Liability Litig ...

ClassAction.org | Join **Class Action** Lawsuits | Know Your Rights
www.classaction.org   Cached
... covers the latest **class action** news, ... Learn About Class Actions and Mass Torts; ...
a multilevel marketing business that sells weight management products, ...

Top **Class Actions** Connects Consumers to **Class Action** Lawsuits ...
topclassactions.com   Cached
A court has certified a **Class** in a **class action** ... AT&T Mobility LLC has agreed to settle a
lawsuit that was filed by the **Federal** ... Consumer Products. ...

What is a **Class Action** Lawsuit? (with pictures)
www.wisegeek.org/what-is-a-class-action-lawsuit.htm   Cached
A **class action** lawsuit ... Another type is filed against a drug company for making illegal
claims about their product, ... do the plaintiffs have to pay **federal** ...

List of **class-action** lawsuits - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/List_of_class_action_lawsuits   Cached
Kweku Hansen#**Class action** lawsuit against Ocwen **Federal** FSB; Lead contamination in
Washington, ... **Class Action** lawsuits and legal news The most ...

8 **Class Action** Settlements For **Products** You May Own
abcnews.go.com/.../class-action-suits/story?id=13794027
Jun 09, 2011 · 8 **Class Action** Settlements For Products You May Own. ... head of the
**class action** ... "This website might improve the ability of lawyers to notify class ...

Unsafe Drugs | LegalMatch Law Library
www.legalmatch.com/.../unsafe-drugs-class-action.html   Cached
Mar 05, 2014 · Legal Topics > Personal Injury and Health > **Class Action** ... The **Federal**
Drug ... as a decongestant and in over the counter weight loss products.

**Class Action** Cases To Watch In 2014 - Law360
www.law360.com/articles/491913/class-action-cases-to...   Cached
... worth of efforts to limit and streamline the types of class action lawsuits that come into
**federal** ... products liability and mass ... actually belong to the class.

Promotional Results For You

New Mozilla Firefox®
downloads.yahoo.com/firefox
The latest Firefox® optimized for Yahoo Download Now

**1**   2   3   4   5   Next                                    7,950,000 results

| products class action action belong in federal lamsial | Search |

Yahoo    Help    Suggestions    Privacy    Terms    Advertise    Submit Your Site    Powered by Bing™

Home    Mail    Search    News    Sports    Finance    Weather    Games    Answers    Screen    Flickr    More ⌄    Upgrade to the new Firefox »

| products class action action belong in federal furosemide | Search |

Sign In          Mail

**Web**
Images
Video
News
Local
Answers
Shopping
**More**

**Anytime**
Past day
Past week
Past month

furosemide . Lasix : Drug Facts, Side Effects and Dosing
www.medicinenet.com › ... › furosemide index
Dec 17, 2014 · DRUG CLASS AND MECHANISM: Furosemide is a potent diuretic (water
pill) ... The onset of action after oral administration is within one hour, ...

DrugBank: Furosemide (DB00695)
www.drugbank.ca/drugs/DB00695  Cached
Product; Furosemide: ... Furosemide Action Pathway: Drug ... is leading Canada's
national genomics strategy with $900 million in funding from the federal ...

#1 Diuretics (Furosemide), Nursing Responsibilities While ...
napatechnology.com/...while-giving-lasix&date=1418819452  Cached
... aqueous systems what class does lasix belong to nursing ... imaging mechanism of
action of tablet furosemide. ... product spoilage and the ...

Side Effects Of Furosemide 40 Mg
www.sypaq.com.au/strong/side-effects-of-furosemide-40-mg  Cached
Spirolactone vs hepatitis austell furosemide 40 mg harga furosemide bolus furosemide
absorbed. What class does belong to ... State and Federal ... products and ...

MATERIAL SAFETY DATA SHEET Product Name: Furosemide
Injection ...
bdipharma.com/MSDS/Hospira/furosemide_msds_101812.pdf
action. It is used in the ... the applicable federal, state, ... Product Name: Furosemide
Injection 6 14. TRANSPORTATION INFORMATION ADR/ADG/ DOT STATUS: Not
regulated

Flashcards about institutional pharma - Study Stack
www.studystack.com › Miscellaneous
... destroye with action witnessed ... Which of the following federal regulations
requires ... Which of the following products would be contraindicated in ...

Injectable Lasix For Horses
prostheticconsulting.com/rough.php?injectable-lasix-for...  Cached
... what class does belong to. How can be given furosemide infusion in ... effects lasix
mechanism of action ppt 40 ... Product Evaluation. Rick ...

Are iv and oral lasix equally efficacious
wjt.dejicaso.cf/FX0X  Cached
IV.1 Description and Composition of the Drug Product. ... Class: Antiarrhythmic Action: ...
Positive inotropic action. MHRA PAR Furosemide 20 mg/5ml, ...

List of class-action lawsuits - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/List_of_class_action_lawsuits  Cached
Kweku Hanson#Class action lawsuit against Ocwen Federal FSB; Lead contamination in
Washington, ... Class action lawsuits and legal news The most ...

Class Action Lawsuit List | Open & Current Cases ...
www.classaction.org/list-of-lawsuits  Cached
List of Class action lawsuits: Covering defective drugs, product ... LLC is facing a class
and collective action alleging that some employees were not properly ...

Promotional Results For You

New Mozilla Firefox®
downloads.yahoo.com/firefox
The latest Firefox® optimized for Yahoo Download Now

**1**  2  3  4  5  Next                                          716,000 results

| products class action action belong in federal furosemide | Search |

Case 2:14-cv-00270-cr   Document 4   Filed 01/13/15   Page 11 of 29

Case 2:14-cv-00270-cr Document 4 Filed 01/13/15 Page 12 of 29

Home    Mail    Search    News    Sports    Finance    Weather    Games    Answers    Screen    Flickr    ● Upgrade to the new Firefox »

| products class action action belong in federal seroquel | Search |

Sign In    Mail

**Web**
Images
Video
News
Local
Answers
Shopping
More

**Anytime**
Past day
Past week
Past month

**Seroquel Lawsuits - Personal Injury Lawyers**
www.consumerinjurylawyers.com/seroquel/seroquel-lawsuits... Cached
The **Seroquel class action lawsuit** alleges that AstraZeneca ... Consumer **Products**. ...
Injured victims have filed over 7,000 Seroquel lawsuits in federal court ...

**AstraZeneca to Pay $520M Settlement in Seroquel Lawsuit**
www.genengnews.com/...to-pay...in-seroquel-lawsuit/78565333 Cached
AstraZeneca is still denying allegations that it actively marketed the antipsychotic drug
Seroquel ... **Action** Team (HEAT), will be split between the **federal** ...

**Seroquel Lawyer Diabetes Side Effects Lawsuit**
www.lawyersandsettlements.com/lawsuit/seroquel Cached
Feb 27, 2014 · **Seroquel** diabetes **class action** lawsuit. ... Seroquel (quetiapine) is an
antipsychotic medication originally used as treatment for schizophrenia and acute ...

**Seroquel: Product Liability Claims | Nolo.com**
www.nolo.com › ... › Dangerous Products & Drugs
Failing to Disclose Dangerous Side Effects of Seroquel. The **federal** ... who specializes in
products liability ... joining an existing **class action** ...

**Seroquel Lawsuits - AboutLawsuits.com - Recalls, Class Action ...**
www.aboutlawsuits.com/seroquel-951 Cached
... All **federal** Seroquel lawsuits have been consolidated in ... While all of the drugs within
the **class** of medications known as ... Thus **product** has been ...

**Dangerous Drugs: Seroquel Lawsuit Information - Avvo.com**
www.avvo.com › Research Legal Advice
What is **Seroquel**? Seroquel, a drug in the **class** of drugs known as "atypical ... filed
against AstraZeneca in **federal** and ... **Class Action**; Dangerous Products

**ClassAction.org | Join Class Action Lawsuits | Know Your Rights**
www.classaction.org Cached
... covers the latest **class action** news, ... Learn About Class Actions and Mass Torts; ...
a multilevel marketing business that sells weight management **products**, ...

**quetiapine, Seroquel, Seroquel XR: Facts and Side Effects**
www.medicinenet.com › ... › quetiapine index
Dec 19, 2014 · GENERIC NAME: quetiapine BRAND NAME: **Seroquel**, Seroquel XR.
DRUG **CLASS** AND MECHANISM: Quetiapine is an oral atypical antipsychotic drug used
for treating ...

**UPDATE 2-AstraZeneca sues FDA over generic Seroquel | Reuters**
www.reuters.com/article/2012/03/13/astrazeneca-seroquel... Cached
Mar 13, 2012 · * Legal move to delay generics viewed as long shot* Generic versions of
**Seroquel** due in U.S ... the agency's **action**. ... **products** through a series of ...

**Class Action Lawsuits - Tardive Dyskinesia**
www.tardivedyskinesia.com/legal-options/class-action... Cached
Tardive Dyskinesia **Class Action**. ... is that the drug companies basically do not care that
people have been harmed by their **products**; ... while **federal** courts, ...

Promotional Results For You

**New Mozilla Firefox®**
downloads.yahoo.com/firefox
The latest Firefox® optimized for Yahoo Download Now

**1**    2    3    4    5    Next                              702,000 results

| products class action action belong in federal seroquel | Search |

Yahoo    Help    Suggestions    Privacy    Terms    Advertise    Submit Your Site    Powered by Bing™

| products class action action belong in federal | Search |

Web
Images
Video
News
Local
Answers
Shopping
More

Anytime
Past day
Past week
Past month

**J&J Mesh Suits Belong In Federal Court, 10th Circ. Told - Law360**
www.law360.com/articles/511794/j-j-mesh-suits-belong-in...   Cached
... qualifying as a mass action under the Class Action Fairness Act, in order to dodge
federal ... Belong In Federal Court, 10th Circ. Told. By ...

**Class Action Litigation | Federal Class Action Practice ...**
classactionlitigation.com/fcapmanual/chapter2.html   Cached
The Federal Class Action ... unidentified members of the class to which they belong
and ... B. Application to Defendant Class Actions. In a defendant class action, ...

**Greek Yogurt False Advertising Lawsuits Belong to FDA, Judge Says**
topclassactions.com/.../3107...belong-to-fda-judge-says   Cached
Judge dismisses Yoplait Greek yogurt class action ... Greek Yogurt False Advertising
Lawsuits Belong ... A federal judge yesterday dismissed a class action ...

**ClassAction.org | Join Class Action Lawsuits | Know Your Rights**
www.classaction.org   Cached
Learn About Class Actions ... This is the place where you can learn about class action ...
a multilevel marketing business that sells weight management products, ...

**Class Action Lawsuits – search for unclaimed class action money**
www.classactionpayments.com/settlements/?subaffid=906   Cached
Glucosamine Products Class Action; See ... with a B) are left unclaimed from ... In the
United States federal courts, class actions are governed by the Federal ...

**7th Circuit says class action may belong in federal court ...**
www.highbeam.com  › ...  › Lawyers USA  › January 2010
Jan 29, 2010 · A putative class action may not fall under the Class Action Fairness Act's
home state exception,... | Article from Lawyers USA January 29, 2010

**Class Action Lawsuit - Lawsuits, Legal News & Issues, Lawsuit ...**
www.lawyersandsettlements.com/blog/tag/class-action-lawsuit   Cached
Posts Tagged ' Class Action ... allege Apple violated federal and state laws by issuing ...
defective products class action lawsuit this week over ...

**Nationwide Class Action Lawsuit Attorneys | Federal Mass Tort ...**
www.federalclassactionlawsuitattorneys.com   Cached
Whether a mass tort action should best be pursued as a federal class action ... in both
class actions and ... consumer product causes injury, our federal class ...

**Judge: Plaintiffs In Bard Vena Cava Filter Class Action ...**
www.lexisnexis.com/legalnewsroom/pennsylvania/b/news...
PHILADELPHIA - A Pennsylvania federal judge on April 26 said that state plaintiffs who
filed a state court medical monitoring class action against C.R. Bard Inc. for ...

**Comment: The Securities Act of 1933 After SLUSA: Federal ...**
litigation-essentials.lexisnexis.com/webcd/app?...
... The Securities Act of 1933 After SLUSA: Federal Class Actions Belong in ... 10 which
were designed to reduce unmeritorious class action ... LexisNexis® Products .

Promotional Results For You



**New Mozilla Firefox®**
downloads.yahoo.com/firefox
The latest Firefox® optimized for Yahoo Download Now

**Also Try**
class action action lawsuits      mark thomas kluepfel

1   2   3   4   5   Next                               34,300,000 results

| products class action action belong in federal | Search |

products class action action belong in federal                    Search

Yahoo    Help    Suggestions    Privacy    Terms    Advertise    Submit Your Site    Powered by Bing™

Home    Mail    Search    News    Sports    Finance    Weather    Games    Answers    Screen

flickr    Upgrade to the new Firefox »

speck products candyshell case
Sign In    Mail
speck products smartflex card case

lamisil product case                                    [ Search ]

Web
Images
Video
News
Local
Answers
Shopping
More

Anytime
Past day
Past week
Past month

Ads related to **lamisil product case**

**Lamisil AT® Official Site**
LamisilAT.com
Find Out More Information about Lamisil AT® Products Today.

Athlete's Foot          Jock Itch
Ringworm                Coupons & Special Offers
Where to Buy Now

**Shop Lamisil - Buy Lamisil Creams & Sprays.**
www.Drugstore.com/HealthCare
Buy Lamisil Creams & Sprays. Shop Today - Free shipping at $35!

Instant Coupons         Free Shipping $35+
Top Rated Products

**Treat Toenail Fungus**
treating-toenail-fungus.com
Our New Topical Solution May Help To Treat Fungus Beneath The Nail.

See more ads for: lamisil product case, any 12 miracle 11 products 8$ case

**Products - Lamisil Once®**
lamisil.com.au/product-oncefilm.html    Cached
**Lamisil** Once® 4 g SINGLE DOSE TREATMENT FOR ATHLETE'S FOOT. **Lamisil** Once
® is a unique anti-fungal product that requires just one application to treat athlete's ...

**Lamisil product insert - Novartis Pharmaceuticals Corporation**
pharma.us.novartis.com/product/pi/pdf/Lamisil_tablets.pdf
**Lamisil** Tablets are an allylamine antifungal indicated for the treatment of ... **Lamisil**
should be immediately discontinued in case ... Product Author: Craig Trautman

**Lamisil Once - Online Pharmacy**
www.onlinepharmacy.co.nz/product/649/Lamisil_Once.html    Cached
**Lamisil** Once is a film forming solution which provides a single dose treatment for Athlete's
Foot (Tinea pedis).

**Lamisil Product Case - Image Results**



More Lamisil Product Case images

**Lamisil - FDA prescribing information, side effects and uses**
www.drugs.com › Professionals › FDA PI
**Lamisil** official prescribing information for healthcare professionals. Includes: indications,
dosage, adverse reactions, pharmacology and more.

**#1 Antifungals (Terbinafine). Terbinafine For Thrush - cores ...**
cores.utah.edu/breath.php?teaching=terbinafine-for...    Cached
Discussions lotrimin or which is better revue prescrire **lamisil** product reviews for
terbinafine ... Cream case report product reviews price of lamisil cream in ...

**Lamisil -- RYAR.org - Recalls: Your American Rights - RYAR ...**
www.ryar.org/lamisil    Cached
**Lamisil. Lamisil** is a drug ... you may have a possible legal case against the manufacturer
of the potentially dangerous drug or medical **product.**

Ads

**Lamisil Products**
bizrate.com
Bargain Prices. Smart Deals. Explore
**Lamisil Products!**

**Lamisil Products**
shopzilla.com
Shopping Discovery Made Simple.
Explore **Lamisil Products!**

**Lamisil Savings**
BigRxDiscounts.com
Get Our Free Discount Card Now. Visit
Us Online & Save Up To 75%

**Save on Lamisil**
www.GoodRx.com/Lamisil
Get Your Instant Free Coupon Now.
Save up to 80% on Prescriptions.

Lamisil Pills Sale | Where Can I Buy Lamisil Product | Online ...
bestfishtacoinensenada.com/?9222   Cached
Indianapolis IN by case that fresh and authority to accept the ... ongoing buy Where Can I
Buy Lamisil Product How To Buy Terbinafine Tablets Online ...

lamisil | eBay - Electronics, Cars, Fashion, Collectibles ...
www.ebay.com/sch/i.html?_nkw=lamisil   Cached
Find great deals on eBay for lamisil terbinafine. Shop with confidence.

Signs and Symptoms of Ringworm | LamisilAT
www.lamisilat.com/ringworm-treatment   Cached
Lamisil AT® and Lamisil AF Defense ® products can help treat your ringworm infection.
Find the right product for you.

pdfsearch for "lamisil products&quot; - EBOOK,PDF Search
www.ggram.com/pdf/lamisil-products.html   Cached
lamisil products file search for pdf. ... All Lamisil Products; Lamisil Lotion; Lamisil AF
Cream; ... Lamisil should be immediately discontinued in case of elevation ...

Ads

Lamisil AT® Official Site
LamisilAT.com
Find Out More Information about Lamisil AT® Products Today.

| Athlete's Foot | Jock Itch |
| Ringworm | Coupons & Special Offers |
| Where to Buy Now | |

Shop Lamisil - Buy Lamisil Creams & Sprays.
www.Drugstore.com/HealthCare
Buy Lamisil Creams & Sprays. Shop Today - Free shipping at $35!

| Instant Coupons | Free Shipping $35+ |
| Top Rated Products | |

Treat Toenail Fungus
treating-toenail-fungus.com
Our New Topical Solution May Help To Treat Fungus Beneath The Nail.

Also Try
| lamisil product | lamisil product insert |
| lamisil product information | lamisil product review |
| where can i buy lamisil product | |

1   2   3   4   5   Next                    28,900,000 results

| lamisil product case | Search |

Yahoo    Help    Suggestions    Privacy    Terms    Advertise    Submit Your Site    Powered by Bing™

products smarthesilleard case - phone
5
speck products candyshell case
speck products smartflex card case

Ads

Lamisil Products
bizrate.com
Bargain Prices. Smart Deals. Explore
Lamisil Products!

Lamisil Products
shopzilla.com
Shopping Discovery Made Simple.
Explore Lamisil Products!

Lamisil Savings
BigRxDiscounts.com
Get Our Free Discount Card Now. Visit
Us Online & Save Up To 75%

Save on Lamisil
www.GoodRx.com/Lamisil
Get Your Instant Free Coupon Now.
Save up to 80% on Prescriptions.

Case 2:14-cv-00270-clr  Document 4  Filed 01/13/15  Page 18 of 29

23.  https://www.accessdata.fda.gov/scripts/medwatch/

24.  ../cfPCD/classification.cfm?start_search=&ProductCode=LFL

Page Last Updated: 11/30/2014

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Accessibility Contact FDA Careers FDA Basics FOIA No Fear Act Site Map Transparency Website Policies

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Email FDA



For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S. Department of **Health & Human Services**

**Links on this page:**

Yahoo   Help   Suggestions   Privacy   Terms   Advertise   Submit Your Site   **Powered by Bing™**

FDA Home[3] Medical Devices[4] Databases[5]

# MAUDE Adverse Event Report: ETHICON ENDO-SURGERY, LLC. ULTRACISION HARMONIC ACE INSTRUMENT, ULTRASONIC SURGICAL

[6] 510(k)[7] |DeNovo[8] |Registration & Listing[9] |Adverse Events[10] |Recalls[11] |PMA[12] |Classification[13] |Standards[14]
CFR Title 21[15] | Radiation-Emitting Products[16] | X-Ray Assembler[17] | Medsun Reports[18] |CLIA[19] |TPLC[20] |Inspections[21]

| | |
|---|---|
| **ETHICON ENDO-SURGERY, LLC. ULTRACISION HARMONIC ACE INSTRUMENT, ULTRASONIC SURGICAL** | Back to Search Results |

**Catalog Number** ACE36E
**Event Date** 04/24/2012
**Event Type** Injury
**Manufacturer Narrative**

(b)(4). Information asked for but unknown or not provided during initial contact. Information not available, device not returned for analysis should the information be provided later, a supplemental medwatch will be sent. Additional information from surgeon: this is a suspected thermal injury, we do not know for sure. She had a 1 cm defect in the sigmoid on exploration which was leaking. The ace was used to create the colpotomy, so it was near the sigmoid as usually anatomically located. We used a grasper to retract. No scissors or clamps. No other energy source. Yes antibx given. Sigmoid resection should be easily tolerated long term. She had diverticulosis and diverticulitis as well noted on ct scan and pathology, as well as gross exam of colon. She is recovering as expected. Additional information from sales rep: they were using the gen11. They used the harmonic ace, not enseal, so tone changes would not have been noted. The surgeon and the account has been using the gen11 for approximately 6 months. She stated "no other energy devices were used, but a clip applied was used to control bleeding". Yes the surgeon has been in-serviced on heat created by the ace and is aware of the consequences of a hot harmonic blade.

**Event Description**

It was reported that post op day eight of a lavh/bso procedure the patient returned with abdominal pain. The patient was opened for exploratory laparotomy, sigmoid colon defect 1cm x1cm thermal injury. There was a sigmoid resection performed. Patient recovered and still in hospital. The initial surgery was completed with no known complications. One device was discarded.

**Search Alerts/Recalls**[22]

New Search | Submit an Adverse Event Report[23]

**Brand Name** ULTRACISION HARMONIC ACE
**Type of Device** INSTRUMENT, ULTRASONIC SURGICAL
**Manufacturer *(Section F)*** ETHICON ENDO-SURGERY, LLC.
475 Calle C
Guaynabo PR
**Manufacturer *(Section D)*** ETHICON ENDO-SURGERY, LLC.
475 Calle C
Guaynabo PR
**Manufacturer *(Section G)*** ETHICON ENDO-SURGERY, LLC
475 Calle C
Guaynabo PR
**Manufacturer Contact** Kathy Rice
4545 Creek Rd
Cincinnati , OH 45242-2803
(513) 337 -3299
**Device Event Key** 2618026
**MDR Report Key** 2589092
**Event Key** 2485785
**Report Number** 3005075853-2012-02516
**Device Sequence Number** 1
**Product Code** LFL[24]
**Report Source** Manufacturer
**Source Type** User facility, Company Representative

**Reporter Occupation**Other
**Type of Report**Initial
**Report Date**05/04/2012
*1* **Device Was Involved in the Event**
*1* **Patient Was Involved in the Event**
**Date FDA Received**05/25/2012
**Is This An Adverse Event Report?**Yes
**Is This A Product Problem Report?**No
**Device Operator**Health Professional
**Device Catalogue Number**ACE36E
**OTHER Device ID Number**BATCH UNK
**Was Device Available For Evaluation?**No
**Is The Reporter A Health Professional?**No
**Was The Report Sent To Manufacturer?**No
**Date Manufacturer Received**05/04/2012
**Was Device Evaluated By Manufacturer?**Device Not Returned To Manufacturer
**Is The Device Single Use?**Yes
**Is the Device an Implant?**No
**Is this an Explanted Device?**
**Type of Device Usage**Initial

**Patient TREATMENT DATA**
**Date Received: 05/25/2012 Patient Sequence Number: 1**
**Treatment**
GENERATOR AND HANDPIECE

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. http://www.fda.gov/default.htm

4. http://www.fda.gov/MedicalDevices/default.htm

5. http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Databases/default.htm

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

14. /scripts/cdrh/cfdocs/cfStandards/search.cfm

15. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

16. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

17. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

18. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

19. /scripts/cdrh/cfdocs/cfClia/Search.cfm

20. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/inspect.cfm

22. http://www.fda.gov/MedicalDevices/Safety/ListofRecalls/default.htm

Home    Mail    Search    News    Sports    Finance    Weather    Games    Answers    Screen    Flickr    Upgrade to the new Firefox »

| firosemide product | Search |

Sign In    Mail

**Web**

Images

Video

News

Local

Answers

Shopping

More

Showing results for *furosemide* product
Search instead for firosemide product

**Furosemide - FDA prescribing information, side effects and uses**
www.drugs.com › Professionals › FDA PI
Furosemide official prescribing information for healthcare professionals. Includes:
indications, dosage, adverse reactions, pharmacology and more.

**Furosemide | Sigma-Aldrich**
www.sigmaaldrich.com/catalog/product/sigma/f4381   Cached
Sigma-Aldrich offers Sigma-F4381, Furosemide for your research needs. Find product
specific information including CAS, MSDS, protocols and references.

**Anytime**

Past day

Past week

Past month

**PRODUCT INFORMATION - LASIX®**
products.sanofi.com.au/aus_pi_lasix.pdf
Lasix PI CCDSv7 Plv16 9Sep13 1 PRODUCT INFORMATION LASIX® NAME OF THE
MEDICINE Non-proprietary Name Frusemide Chemical Structure CAS Number 54-31-9

**pill rx health order furosemide products !! complications of …**
www.powerwithinus.com/.../furosemide-products...furosemide   Cached
pill rx health order furosemide products - furosemide safe dose range... LICENSED &
Approved Drugstore :: pill rx health order furosemide products - Generic Online …

**WARNING LASIX (furosemide) is a potent diuretic which, if …**
products.sanofi.us/lasix/lasix.pdf
1 LASIX® (furosemide) Tablets 20, 40, and 80 mg WARNING LASIX® (furosemide) is a
potent diuretic which, if given in excessive amounts, can lead to a

**Furosemide for Dogs and Cats: Pet Diuretic**
www.petrescuerx.com/index.cfm/product/74_108/furosemide.cfm
Furosemide is a diuretic (water pill) used in dogs and cats to remove excess body fluids,
in conditions such as heart or lung disease. It may also be used to treat …

**Furosemide (Lasix) Uses, Dosage, Side Effects - Drugs.com**
www.drugs.com › Conditions › High Blood Pressure
Furosemide is a loop diuretic (water pill) that prevents your body from absorbing too much
salt, allowing the salt to instead be passed in your urine.

**Buy Furosemide Online, Furosemide Product Information …**
boettcher-photography.de/luck.php?furosemide-product...   Cached
Official online pharmacy, furosemide drug literature, furosemide solubility in alcohol

**Furosemide (F4381) - Product Information Sheet**
www.sigmaaldrich.com/content/dam/sigma-aldrich/docs/...
Furosemide Product Number F 4381 Store at Room Temperature Product Description
Molecular Formula: C12H11ClN2O5S Molecular Weight: 330.7 CAS Number: 54-31-9

**MATERIAL SAFETY DATA SHEET Product Name: Furosemide
Injection …**
bdipharma.com/MSDS/Hospira/furosemide_msds_101812.pdf
Product Name: Furosemide Injection 2 disturbances. Hypovolemia and dehydration may
occur, especially in the elderly. Furosemide may cause hyperuricemia and …

1    2    3    4    5    Next                                 1,930,000 results

| firosemide product | Search |

Ads

**Furosemide | Lifescript.com**
Lifescript.com/Health
Get The Facts Now. Benefits,
Precautions, Side Effects

**Furosemide Coupons**
www.GoodRx.com/Furosemide
Get Your Instant Free Coupon Now.
Save up to 80% on Prescriptions.

**Taking Furosemide?**
www.HelpRx.info
Savings up to 75% - Get a Free
Discount Coupon by SMS, Email or
Print.

**Furosemide Savings**
BigRxDiscounts.com
Get Our Free Discount Card Now. Visit
Us Online & Save Up To 75%

Yahoo    Help    Suggestions    Privacy    Terms    Advertise    Submit Your Site    Powered by Bing™

| Home | Mail | Search | News | Sports | Finance | Weather | Games | Answers | Screen |

Flickr   Upgrade to the new Firefox »   Sign In   Mail
See more ads for:

    seroquel product                                    [ Search ]

home depot steel products
weight loss products
promotional products
skin care products
best skin care products
free samples hair products

**Web**

**Images**

**Video**

**News**

**Local**

**Answers**

**Shopping**

**More**

**Anytime**

**Past day**

**Past week**

**Past month**

Ad related to seroquel product

**Official Product Site**
www.seroquelxr.com/
Patients: Learn More About SEROQUEL XR® (quetiapine fumarate).
Click to see full safety and prescribing information, including boxed warning.  More info

**Bipolar Disorder Medication | SEROQUEL** XR® (quetiapine fumarate)
www.seroquelxr.com   Cached
Find information to better understand major depressive disorder (also called depression or
MDD), bipolar disorder, bipolar depression, and SEROQUEL XR® (quetiapine ...

**Seroquel: Product** Liability Claims | Nolo.com
www.nolo.com  › ...  › Dangerous Products & Drugs
Seroquel (whose generic name is quetiapine fumarate) is an antipsychotic drug used to
treat mental illnesses like schizophrenia and bipolar disorder.

**Seroquel** Prescribing Information - Thank You
www1.astrazeneca-us.com/pi/seroquel.pdf
SEROQUEL ® (quetiapine fumarate) TABLETS HIGHLIGHTS OF PRESCRIBING
INFORMATION These highlights do not include all the information needed to use
SEROQUEL safely and ...

**Seroquel** - FDA prescribing information, side effects and uses
www.drugs.com  › Professionals  › FDA PI
Seroquel official prescribing information for healthcare professionals. Includes: indications,
dosage, adverse reactions, pharmacology and more.

**Seroquel product** label - Visit our online pharmacy for best ...
www.bullifoundation.org/seroquel/seroquel-product-label   Cached
Seroquel product label - Quick cheap relief of any symptoms. Efficient drugs without side
effects. Leave behind your symptoms with efficient medications.

**Seroquel** - Accidents and Injuries - FindLaw
injury.findlaw.com  › Product Liability
Seroquel is a brand name for prescription quetiapine fumarate tablets, which are atypical
antipsychotics. Antipsychotics are primarily used to treat schizophrenia and ...

**SEROQUEL** ( quetiapine fumarate) **Product** Monograph for Canada
www.scribd.com/doc/3553710   Cached
SEROQUEL (quetiapine fumarate) Product Monograph for Canada - Free download as
PDF File (.pdf), Text file (.txt) or read online for free.

**Seroquel Product** Information | **Seroquel.Product.Info**
seroquel.product.info
See which seroquel products are the most popular right now on eBay. Read seroquel
consumer reviews. See the top seroquel keywords people are now using on eBay.

**Seroquel product** monograph - Efficient medications from ...
www.nublu.net/seroquel-product-monograph   Cached
Pharmacy Whether, onair or. Your phones seroquel product monograph roll number.
Current job, search for viagra no rx In Us Imipramine compared pharmacy then you, buy.

**SEROQUEL** 100MG TABLETS | Drugs.com
www.drugs.com  › Drugs
Patient information for SEROQUEL 100MG TABLETS Including dosage instructions and
possible side effects.

Also Try
seroquel product label       seroquel product insert

1   2   3   4   5   Next                        1,450,000 results

    seroquel product                                    [ Search ]

Ads

**Seroquel** Coupons
www.GoodRx.com/Seroquel
Get Your Instant Free Coupon Now.
Save up to 80% on Prescriptions.

**Seroquel** | Lifescript.com
Lifescript.com/Health
Find Facts, Symptoms & Treatments.
Trusted By 50 Million Visitors.

20OR%20filetype%
3Adocx&client=FDAgov&output=xml

XLS (search?q=adverse toenail
fungal%20filetype%3Axls%
20OR%20filetype%
3Axlsx&client=FDAgov&output=xml

PPT (search?q=adverse toenail
fungal%20filetype%3Appt%
20OR%20filetype%
3Apptx&client=FDAgov&output=xml

**FILTER BY TYPE**   –

Current Content (search?
q=adverse toenail
fungal&client=FDAgov&output=xml

Archived Content
(http://www.accessdata.fda.gov/scripts/
action=main.default&Sent=FDAgov-
archive&getfields=*&site=FDAgov-
archive&proxystylesheet=FDAgov-
archive&requiredfields=archive%
3AYes&partialfields=&sort=date:D:L:
20adverse toenail fungal)

**SORT BY**   –

Relevance (search?q=adverse
toenail
fungal&client=FDAgov&output=xml
3AD%3AL%3Ad1)

Date (search?q=adverse toenail
fungal&client=FDAgov&output=xml
3AD%3AS%3Ad1)

**Clear Filters**

---

g=cache:4Necwavp6fYJ:www.accessdata.fda.gov/drugsatfda_docs/label/2014/203567s000lbl.pdf+adverse+toenail+fungal&client=FDAgov&site=FDAgov&lr=&proxystylesheet=FDAgov&output=xml_n
... Weeks Adverse Event, n (%) ... n = 413 ingrown toenail ... efinaconazole following
daily applications when applied to all 10 toenails for 7 days was 29.0 ...

---

[PDF]**SPORANOX (itraconazole) Capsules BOXED WARNING** ... (http://www.accessdata.fda.gov/drugsatfda_docs/label/2014/20083s953lbl.pdf)
www.accessdata.fda.gov/drugsatfda_docs/label/2014/020083s953lbl.pdf - 242k - 2014-06-10 - Text Version (/search?
q=cache:i3 iTuXV63zmYJ:www.accessdata.fda.gov/drugsatfda_docs/label/2014/020083s953lbl.pdf+adverse+toenail+fungal&client=FDAgov&site=FDAgov&lr=&proxystylesheet=FDAgov&output=
... 3: Clinical Trials of Onychomycosis of the Toenail: Adverse Events Leading ...
See ADVERSE REACTIONS ... to treat fungal infections of the toenails and ...
📄 **More results from www.accessdata.fda.gov/drugsatfda_docs/label/2014 (/search?**
as_sitesearch=www.accesadata.fda.gov/drugsatfda_docs/label/2014&q=adverse+toenail+fungal&spell=1&client=FDAgov&site=FDAgov&lr=&proxystylesheet=FDAgov&

---

[PDF]**Reference ID: 2871149** (http://www.accessdata.fda.gov/drugsatfda_docs/label/2010/020539s017lbl.pdf)
www.accessdata.fda.gov/drugsatfda_docs/label/2010/020539s017lbl.pdf - 79k - 2010-12-04 - Text Version (/search?
q=cache:1J7srLx2FAJ:www.accessdata.fda.gov/drugsatfda_docs/label/2010/020539s017lbl.pdf+adverse+toenail+fungal&client=FDAgov&site=FDAgov&lr=&proxystylesheet=FDAgov&output=xml_n
... been taken without inducing serious adverse reactions. ... weeks for treatment
of toenail onychomycosis ... of the fingernails and toenails (onychomycosis ...

---

[PDF]**SPORANOX® (itraconazole) Capsules Congestive Heart** ... (http://www.accessdata.fda.gov/drugsatfda_docs/label/2012/020083s048s049s050lbl.pdf)
www.accessdata.fda.gov/drugsatfda_docs/label/2012/020083s048s049s050lbl.pdf - 192k - 2012-04-20 - Text Version (/search?
q=cache:mMZRxvf1RhoJ:www.accessdata.fda.gov/drugsatfda_docs/label/2012/020083s048s049s050lbl.pdf+adverse+toenail+fungal&client=FDAgov&site=FDAgov&lr=&proxystylesheet=FDAgov&out
... of Onychomycosis of the Toenail: Adverse Events Leading to ... itraconazole)
Capsules, the adverse event profile ... fungal infections of the toenails and ...

---

[PDF]**amisil (terbinafine hydrochloride) tablets label** (http://www.accessdata.fda.gov/drugsatfda_docs/label/2012/020539s021lbl.pdf)
www.accessdata.fda.gov/drugsatfda_docs/label/2012/020539s021lbl.pdf - 83k - 2012-04-24 - Text Version (/search?q=cache:zcfhZSQ-
RLUJ:www.accessdata.fda.gov/drugsatfda_docs/label/2012/020539s021lbl.pdf+adverse+toenail+fungal&client=FDAgov&site=FDAgov&lr=&proxystylesheet=FDAgov&output=xml_no_dtd&acces
... been taken without inducing serious adverse reactions. ... weeks for treatment
of toenail onychomycosis ... of the fingernails and toenails (onychomycosis ...
📄 **More results from www.accessdata.fda.gov/drugsatfda_docs/label/2012 (/search?**
as_sitesearch=www.accesadata.fda.gov/drugsatfda_docs/label/2012&q=adverse+toenail+fungal&spell=1&client=FDAgov&site=FDAgov&lr=&proxystylesheet=FDAgov&

---

**MAUDE Adverse Event Report: MCGHAN MEDICAL, INAMED** ... (http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfmaude/detail.cfm?mdrfoi_id=1003957)
www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfmaude/detail.cfm?mdrfoi_id=1003957 - 43k - 2014-12-12 - Cached (/search?
q=cache:XOLJs5SwJaM:www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfmaude/detail.cfm%3Fmdrfoi_id%
3D1003957+adverse+toenail+fungal&client=FDAgov&site=FDAgov&proxystylesheet=FDAgov&output=xml_no_dtd&access=p&ie=UTF-8&oe=UTF-8)
... MAUDE Adverse Event Report: MCGHAN MEDICAL, INAMED ... cough, night
sweats, excessive thirst, toe nail fungus - loss of toenail, high blood ...

---

**MAUDE Adverse Event Report: HYPERION MEDICAL BLUE** ... (http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfmaude/detail.cfm?mdrfoi_id=2574877)
www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfmaude/detail.cfm?mdrfoi_id=2574877 - 39k - 2014-12-12 - Cached (/search?
q=cache:53JUCf7To Y8J:www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfmaude/detail.cfm%3Fmdrfoi_id%
3D2574877+adverse+toenail+fungal&client=FDAgov&site=FDAgov&proxystylesheet=FDAgov&output=xml_no_dtd&access=p&ie=UTF-8&oe=UTF-8)
... MAUDE Adverse Event Report: HYPERION MEDICAL BLUE SHINE LASER
980 DIODE. ... I was having my toe nail fungus treated with a laser in (b)(6) ...
📄 **More results from www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfmaude/detail.cfm (/search?**
as_sitesearch=www.accesadata.fda.gov/scripts/cdrh/cfdocs/cfmaude/detail.cfm&q=adverse+toenail+fungal&spell=1&client=FDAgov&site=FDAgov&lr=&proxystylesheet

---

[PDF]**SPORANOX (itraconazole) Capsules Congestive Heart** ... (http://www.accessdata.fda.gov/drugsatfda_docs/label/2009/020083s049s041s044lbl.pdf)
www.accessdata.fda.gov/drugsatfda_docs/label/2009/020083s049s041s044lbl.pdf - 253k - 2009-03-31 - Text Version (/search?
q=cache:qHrH6mnwNZGJ:www.accessdata.fda.gov/drugsatfda_docs/label/2009/020083s049s041s044lbl.pdf+adverse+toenail+fungal&client=FDAgov&site=FDAgov&lr=&proxystylesheet=FDAgov&out
... Clinical Trials of Onychomycosis of the Toenail: Adverse Events Leading ...
itraconazole) Capsules, the adverse event profile ... toenails and fingernails. ...



**U.S. Food and Drug Administration**
Protecting and Promoting Your Health

Refine Search Results    ⌃

adverse toenail fungal

🔍

FILTER BY TOPIC    —

All Topics (search?q=adverse
toenail
fungal&client=FDAgov&output=xml_r
3AYes&site=FDAgov)

Food (search?q=adverse toenail
fungal&client=FDAgov&output=xml_r
3AYes&partialfields=search_topic%
3AFood&site=FDAgov)

Drugs (search?q=adverse
toenail
fungal&client=FDAgov&output=xml_r
3AYes&partialfields=search_topic%
3ADrugs&site=FDAgov)

Medical Devices (search?
q=adverse toenail
fungal&client=FDAgov&output=xml_r
3AYes&partialfields=search_topic%
3AMedical%
20Devices&site=FDAgov)

Vaccines, Blood & Biologics
(search?q=adverse toenail
fungal&client=FDAgov&output=xml_r
3AYes&partialfields=search_topic%
3AVaccines&site=FDAgov)

Animal & Veterinary (search?
q=adverse toenail
fungal&client=FDAgov&output=xml_r
3AYes&partialfields=search_topic%
3AAnimal&site=FDAgov)

Cosmetics (search?q=adverse
toenail
fungal&client=FDAgov&output=xml_r
3AYes&partialfields=search_topic%
3ACosmetics&site=FDAgov)

Radiation-Emitting Products
(search?q=adverse toenail
fungal&client=FDAgov&output=xml_r
3AYes&partialfields=search_topic%
3ARadiation-Emitting%
20Products&site=FDAgov)

Tobacco Products (search?
q=adverse toenail
fungal&client=FDAgov&output=xml_r
3AYes&partialfields=search_topic%
3ATobacco%
20Products&site=FDAgov)

Public Information & Education
(search?q=adverse toenail
fungal&client=FDAgov&output=xml_r
3AYes&partialfields=search_topic%
3APublic%
20Information&site=FDAgov)

FDA Operations (search?
q=adverse toenail
fungal&client=FDAgov&output=xml_r
3AYes&partialfields=search_topic%
3AFDA%
20Operations&site=FDAgov)

Advisory Committees (search?
q=adverse toenail
fungal&client=FDAgov&output=xml_r
3AYes&site=FDAgov-Section-
AdvisoryCommittees)

Warning Letters (search?
q=adverse toenail
fungal&client=FDAgov&output=xml_r
3AYes&site=FDAgov-Category-
WarningLetters)

FILTER BY FORMAT    —

All Formats (search?q=adverse
toenail
fungal&client=FDAgov&output=xml_r

Web pages (search?q=adverse
toenail fungal%20filetype%
3Ahtm%20OR%20filetype%
3Ahtml%20OR%20filetype%
3Acfm&client=FDAgov&output=xml_r

PDF (search?q=adverse toenail
fungal%20filetype%
3Apdf&client=FDAgov&output=xml_n

DOC (search?q=adverse toenail
fungal%20filetype%3Adoc%

## Search Results
Showing 1 - 10 of about 53 for **adverse toenail fungal** in All of FDA.

Case 2:14-cv-00278-cr   Document 4   Filed 01/13/15   Page 26 of 29

[PDF]JANSSEN SPORANOX (http://www.accessdata.fda.gov/drugsatfda_docs/label/2001/20083s25lbl.pdf)
www.accessdata.fda.gov/drugsatfda_docs/label/2001/20083s25lbl.pdf - 172k - 2009-03-31 - Text Version [/search?
q=cache:xA9vARrv_oAJ:www.accessdata.fda.gov/drugsatfda_docs/label/2001/20083s25lbl.pdf+adverse+toenail+fungal&client=FDAgov&site=FDAgov&lr=&proxystylesheet=FDAgov&output=xml_no
... patients with onychomycosis of the toenails received 200 mg of SPORANOX ...
Adverse Events Reported in Toenail Onychomycosis Clinical Trials ...

[PDF]203567Orig1s000 (http://www.accessdata.fda.gov/drugsatfda_docs/nda/2014/203567Orig1s000MedR.pdf)
www.accessdata.fda.gov/drugsatfda_docs/nda/2014/203567Orig1s000MedR.pdf - 619k - 2014-07-01 - Text Version [/search?
q=cache:qG8qAYvNjoMJ:www.accessdata.fda.gov/drugsatfda_docs/nda/2014/203567Orig1s000MedR.pdf+adverse+toenail+fungal&client=FDAgov&site=FDAgov&lr=&proxystylesheet=FDAgov&output
... and at least 4 other toenails with onychomycosis ... was effective in treating toenail
onychomycosis. ... The adverse events associated with the drug ...

«  

2 (/search?q=adverse+toenail+fungal&spell=1&client=FDAgov&site=FDAgov&lr=&proxystylesheet=FDAgov&requiredfields=-archive:Yes&ou
tput=xml_no_dtd&getfields=*&ulang=en&access=p&sort=date:D:L:d1&entqr=3&entqrm=0&wc=200&wc_mc=1&oe=UTF-8&ud=1&ie=UTF-8&&
start=10)

3 (/search?q=adverse+toenail+fungal&spell=1&client=FDAgov&site=FDAgov&lr=&proxystylesheet=FDAgov&requiredfields=-archive:Yes&ou
tput=xml_no_dtd&getfields=*&ulang=en&access=p&sort=date:D:L:d1&entqr=3&entqrm=0&wc=200&wc_mc=1&oe=UTF-8&ud=1&ie=UTF-8&&
start=20)

4 (/search?q=adverse+toenail+fungal&spell=1&client=FDAgov&site=FDAgov&lr=&proxystylesheet=FDAgov&requiredfields=-archive:Yes&ou
tput=xml_no_dtd&getfields=*&ulang=en&access=p&sort=date:D:L:d1&entqr=3&entqrm=0&wc=200&wc_mc=1&oe=UTF-8&ud=1&ie=UTF-8&&
start=30)

» (/search?q=adverse+toenail+fungal&spell=1&client=FDAgov&site=FDAgov&lr=&proxystylesheet=FDAgov&requiredfields=-archive:Yes&ou
tput=xml_no_dtd&getfields=*&ulang=en&access=p&sort=date:D:L:d1&entqr=3&entqrm=0&wc=200&wc_mc=1&oe=UTF-8&ud=1&ie=UTF-8&&
start=10)

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|

| 3. TYPE OF EMPLOYMENT  ☐ MILITARY  ☐ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. or P.M.) |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

wisconsin messed up this was a large federal claim thats in the box total bill wirh every thing 317 milion

FbI SociAl Securty
Wisconison Distric, Court
WIsconsin Medical Board Rratice

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

| 11. | WITNESSES | |
|---|---|---|
| **NAME** | **ADDRESS** (Number, street, city, State, and Zip Code) | |

| 12. (See instructions on reverse) | AMOUNT OF CLAIM (In dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| | 317 million. | | 0.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| Christine Porter | 802 451- 0004 | 12/20/14 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85) (EG)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

Home    Mail    Search    News    Sports    Finance    Weather    Games    Answers    Screen    Flickr    More    Upgrade to the new Firefox »

zolft belongs in federal          [ Search ]

Sign In      Mail

**Web**
Images
Video
News
Local
Answers
Shopping
More

**Anytime**
Past day
Past week
Past month

Showing results for *zoloft* belongs in federal
Search instead for zoft belongs in federal

**Zolft** and co-pay - Drugs.com | Prescription Drug Information ...
www.drugs.com › Q & A › Questions
**Zolft** and co-pay Posted: 26 Sep 2004 by Marie1950. Details: I have been on **Zolft** for PTSD due to a very serious situation that occurred in 1999.

**Zoloft** Lawsuits: Bernstein Liebhard LLP Notes More than 300 ...
www.prweb.com › News Center
Apr 06, 2013 · **Zoloft** Lawsuits: Bernstein Liebhard LLP Notes More than 300 Claims Now Pending in **Federal Zoloft** Birth Defects Litigation The Firm is currently ...

Dozens of **Zoloft** Cases Should Be Remanded to State Court ...
www.aboutlawsuits.com/zoloft-cases-remanded-state-court...  Cached
According to motions filed this week in opposition to Pfizer's attempt to consolidate all **Zoloft** birth defect cases pending in **federal** court, lawyers representing ...

MARK MILLER, individually and as
www.ca10.uscourts.gov/opinions/02/02-3092.pdf
admissible under **Federal** Rule of Evidence 702, the district court ruled that ... **Zoloft belongs** to a class of drugs called selective serotonin reuptake

**Zolft** and co-pay - Drugs.com | Prescription Drug Information ...
www.drugs.com › ... › Drug Information
**Zolft** and co-pay. I have been on **Zolft** for PTSD due to a very serious situation that occurred in 1999.

Judge Rejects Plaintiffs' Expert Testimony in **Zoloft** Case ...
www.law.com/sites/articles/2014/07/02/...in-zoloft-case  Cached
In a move that could significantly weaken the position of plaintiffs who claim antidepressant **Zoloft** causes birth defects, a **federal** judge has rejected the testimony ...

Story - SSRI Stories
www.ssristories.org/show.php?item=2064  Cached
**Zoloft belongs** to a class of drugs known as selective serotonin reuptake inhibitors ...
**Federal** Labeling Law Does Not Preempt Claims That Drug Needed Suicide Warning

Lawsuit: **Zoloft** Heart Birth Defects. - LawyersAndSettlements.com
www.lawyersandsettlements.com/lawsuit/zoloft-heart-birth...  Cached
**Zoloft belongs** to the group of antidepressants known as ... approximately 330 **Zoloft** birth defects lawsuits against Pfizer are pending in the **federal** multidistrict ...

Multidistrict Litigation (MDL) for Drug Lawsuits and Other ...
www.nolo.com › ... › Dangerous Products & Drugs
In 1968 Congress created the MDL system in order to coordinate **federal** complex litigation filed in multiple districts. The goals of MDL are efficiency and economy.

Motion to Consolidate Lawsuits Over **Zoloft** Birth Defects To ...
www.aboutlawsuits.com/lawsuit-zoloft-birth-defects-mdl...  Cached
A panel of **federal** judges will hear oral arguments next month on whether to centralize all lawsuits over birth defects from **Zoloft** filed in U.S. District Courts ...

Promotional Results For You



New Mozilla Firefox®
downloads.yahoo.com/firefox
The latest Firefox® optimized for Yahoo Download Now

**1**  2  3  4  5  Next                                8,780,000 results

zolft belongs in federal          [ Search ]

*(handwritten)* Toprosed Intro Box

Yahoo    Help    Suggestions    Privacy    Terms    Advertise    Submit Your Site    Powered by Bing™